## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

SYLVESTER O'NEIL LEE,

    Petitioner,

v.                                          CASE NO. 5:17cv142/MCR/EMT

JULIE L. JONES,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 30, 2018. ECF No. 24. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 21, is **GRANTED**.

3. The habeas petition, ECF No. 1, is **DISMISSED as untimely**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 25th day of June 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**